UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IHEALTH LABS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>FINGIX, I-ENTERPRISE, et al.,<br><br>   Defendants. | Case No.  20-cv-05699-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On August 14, 2020, the Court issued an initial case management scheduling order requiring the parties to submit a joint case management statement by November 10, 2020. Dkt. No. 6.  Defendants have not appeared in this action or consented to magistrate judge jurisdiction. Plaintiff iHealth Labs, Inc. did not file a case management statement by the November 10 deadline and has taken no other action to prosecute the case other than to consent to magistrate judge jurisdiction.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962).  Accordingly, iHealth Labs is ORDERED TO SHOW CAUSE why the Court should not recommend that this action be dismissed for failure to prosecute.  A written response to this Order must be filed by **November 16, 2020**.  The Court will hold a hearing on this Order to Show Cause on **November 17, 2020 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: November 12, 2020

Virginia K. DeMarchi
VIRGINIA K. DEMARCHI
United States Magistrate Judge